# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>DiClerico, Joseph A. | **2. Court or Organization**<br><br>United States District Court District of New Hampshire | **3. Date of Report**<br><br>3/25/2013 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge Senior Status | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2012<br>to<br>12/31/2012 |
| **7. Chambers or Office Address**<br><br>55 Pleasant Street, Room 400<br>Concord, NH 03301 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust XV |
| 2. | Trustee | Mayhew Program |
| 3. | Trustee | Ausbon Sargent Land Preservation Trust |
| 4. | Director | Little Lake Sunapee Protective Association |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DiClerico, Joseph A. | 3/25/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2012 | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 3/25/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | [redacted] | Use of boathouse to dock boat (See Part VIII) | $2,500.00 |
| 2. | [redacted] | Use of barn to store boat (See Part VIII) | $780.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 3/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Brokerage Accounts #1 and #1A | | | | | | | | | |
| 2. | -Sh. Com. Alacatel Lucent | | None | | | Sold | 02/10/12 | J | | |
| 3. | -Sh. Com. Coca-Cola Co. | A | Dividend | J | T | | | | | |
| 4. | -Sh. Com. General Electric | A | Dividend | J | T | | | | | |
| 5. | -Wells Fargo Adv. Bk. Dep. Sweep Prg. | A | Interest | J | T | | | | | |
| 6. | -Dodge & Cox FDS Int'l Stk FD | A | Dividend | K | T | | | | | |
| 7. | -Wells Fargo Adv Asset Alloc FD Adm CL | B | Dividend | L | T | | | | | |
| 8. | -Fairholme FDS Inc. | A | Dividend | K | T | | | | | |
| 9. | -IVA Worldwide Fund Class I | B | Dividend | K | T | | | | | |
| 10. | -Oppenheimer Dev. Mkts. CL y | A | Dividend | J | T | | | | | |
| 11. | -FPA FDSTR Crescent Portfolio INSTL CL SHS | C | Dividend | M | T | | | | | |
| 12. | -Vanguard Specialized Portfolios Dividend Growth FD | A | Dividend | K | T | | | | | |
| 13. | -FPA New Income Inc-. | A | Dividend | K | T | | | | | |
| 14. | -Rowe T Price Short Term BD FD Inc. | A | Dividend | K | T | Sold (part) | 11/15/12 | J | | |
| 15. | | | | | | | | | | |
| 16. | IRA Brokerage Acct #2 | A | Int./Div. | K | T | | | | | |
| 17. | -American Funds: Amer. Bal. Fnd. Cl. C | | | | | Sold | 05/29/12 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 19. -IVA Worldwide Fund Class C | | | | | Buy | 05/29/12 | K | | |
| 20. | | | | | | | | | |
| 21. IRA Brokerage Acct. #3 | D | Int./Div. | M | T | | | | | |
| 22. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 23. -Loomis Sayles Strategic Income Fund Cl-y | | | | | | | | | |
| 24. -PIMCO All Asset FND Instl CL | | | | | | | | | |
| 25. -PIMCO Unconstrained Bd. Fund CL Instit. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. Brokerage Account #4 | | | | | | | | | |
| 28. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | A | Interest | J | T | | | | | |
| 29. -NH St. Col. Svgs. Zero Coup. Bnd 7/01/13 | | None | J | T | | | | | |
| 30. -University PR Rev. Zero Coup. Bnd (6/01/12) | | None | | | Redeemed | 06/04/12 | K | A | |
| 31. -NH St. Cap. Impt. Col. Svgs. Zero Coup. Bnd 7/01/15 | | None | L | T | | | | | |
| 32. -NH St. Cap. App. Bnd. 6/1/17 | | None | K | T | Buy | 06/07/12 | K | | |
| 33. -PR Comwlth. Hwy & Transn. Auth. Zero Coup. Bnd 7/1/15 | | None | K | T | | | | | |
| 34. -University PR Rev. Zero Coup. Bnd 6/1/13 | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -PR Commwlth. Cap. App. Zero Coup. Bnd 7/1/14 | | None | J | T | | | | | |
| 36. -Facebook Inc. Shs. | | None | | | Buy | 05/18/12 | J | | |
| 37. | | | | | Sold | 08/17/12 | J | | |
| 38. | | | | | | | | | |
| 39. Brokerage Account #5 | | | | | | | | | |
| 40. -Sh. Com. Community Bancorp | C | Dividend | K | T | | | | | |
| 41. -Sh. Com. NH Thrift Bankshares | A | Dividend | K | T | | | | | |
| 42. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | A | Interest | K | T | | | | | |
| 43. -Blackrock Global Alloc Global Allocation Instit. | | None | | | Sold | 05/28/12 | L | A | |
| 44. -American Funds Capital Income Bldr Class F1 | A | Dividend | | | Sold | 05/29/12 | K | B | |
| 45. -American Funds Capital World Growth & Inc. Fnd - Class F-1 | A | Dividend | K | T | | | | | |
| 46. -Dodge & Cox FDS Int'l Stk FD | A | Dividend | K | T | | | | | |
| 47. -Wells Fargo Adv. Asset Alloc FD ADM CL | B | Dividend | L | T | | | | | |
| 48. -American Funds Int'l Growth & Income FD Class F-1 | B | Dividend | L | T | | | | | |
| 49. -American Funds Fundamental Invs. Inc. Class F-1 | A | Dividend | K | T | | | | | |
| 50. -IVA Worldwide Fund Class I | A | Dividend | L | T | | | | | |
| 51. -American Funds Inc. New World CL F-1 | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -PIMCO All Asset Funds Inst. CL | C | Dividend | L | T | | | | | |
| 53. -FPA FDS TR FPA Crescent Portfolio Instl. CL SHA | A | Dividend | M | T | | | | | |
| 54. -Vanguard Specialized Portfolios Dividend Growth FD | B | Dividend | L | T | | | | | |
| 55. -FPA New Income Inc. | B | Dividend | L | T | | | | | |
| 56. -Rowe T. Price Short TRM BD FD Inc. | A | Dividend | K | T | | | | | |
| 57. -Franklin Gold & Precious Metals Advisor CL SBI | A | Dividend | K | T | Buy | 05/29/12 | K | | |
| 58. -Wells Fargo FDS Trust WFA Absolute Return Fnd. Adm. CL | A | Dividend | L | T | Buy | 05/30/12 | L | | |
| 59. | | | | | | | | | |
| 60. TRUST IX | E | Int./Div. | O | T | | | | | |
| 61. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 62. -American Funds: Fundamental Investors - A | | | | | Distributed | 11/01/12 | N | E | |
| 63. -IVA Worldwide Fund CL1 | | | | | Buy (add'l) | 06/06/12 | L | | |
| 64. -American Funds: New World Fund - A | | | | | Distributed | 11/01/12 | M | C | |
| 65. -PIMCO Unconstrained Bd. FD CL Instit. | | | | | Buy | 05/27/12 | M | | |
| 66. -Sh. Com. Exxon Mobil | | | | | | | | | |
| 67. -Sh. Com. General Electric | | | | | | | | | |
| 68. -American Funds: Int'l Growth and Income Fund - A | | | | | Distributed | 11/01/12 | M | F | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 3/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -American Funds - American Mutual Fund A | | | | | Distributed | 11/01/12 | M | F | |
| 70. -PIMCO All Asset All Auth. CL1 | | | | | | | | | |
| 71. -American Balanced Fund CL A | | | | | Sold (part) | 06/5/12 | M | D | |
| 72. | | | | | Distributed | 11/01/12 | M | E | |
| 73. -FPA Crescent Instit. CL | | | | | Buy (add'l) | 06/06/12 | L | | |
| 74. | | | | | | | | | |
| 75. TRUST X | E | Int./Div. | P1 | T | | | | | |
| 76. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 77. -Dodge & Cox Stock Fund | | | | | | | | | |
| 78. -Blackrock Global Alloc. Global Allocation CL A | | | | | Sold | 06/05/12 | L | B | |
| 79. -Wells Fargo Advant. Asset Alloc. FD ADM. CL. | | | | | | | | | |
| 80. - Franklin Gold & Precious Metals Advisor CL SBI | | | | | Buy | 06/05/12 | K | | |
| 81. -Longleaf Partners FDS Trust | | | | | | | | | |
| 82. -Loomis Sayles Funds: Strategic Income Fund CL-y | | | | | | | | | |
| 83. -IVA Worlwide Fund CL 1 | | | | | | | | | |
| 84. -FPA Crescent Instit. CL | | | | | | | | | |
| 85. -FPA New Income Inc. | | | | | Sold | 06/05/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 3/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -PIMCO All Asset FND Inst. CL | | | | | | | | | |
| 87. -PIMCO Unconstrained Bd Fund CL Institutional | | | | | | | | | |
| 88. -Rowe T. Price Emerging Markets Stock Fund | | | | | | | | | |
| 89. -Fairholme Fund | | | | | Sold | 06/05/12 | K | | |
| 90. -American Funds: International Growth & Income CLA | | | | | Distributed | 10/15/12 | L | E | |
| 91. -American Funds: New World Fund CLA | | | | | Distributed | 10/15/12 | L | B | |
| 92. -Wells Fargo FDS Trust WFA Absolute Return Fund Adm CL | | | | | Buy | 06/05/12 | L | | |
| 93. | | | | | | | | | |
| 94. TRUST XI (Account reopened as of 10/15/12) | B | Dividend | M | T | | | | | |
| 95. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | Open | 12/24/12 | J | | |
| 96. -American Funds: International Growth &Income CLA | | | | | Open | 10/15/12 | L | | See Part VIII |
| 97. -American Funds: New World Fund CLA | | | | | Open | 10/15/12 | L | | See Part VIII |
| 98. | | | | | | | | | |
| 99. TRUST XII | E | Int./Div. | O | T | | | | | |
| 100. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 101. -Sh Com. Exxon Mobil | | | | | | | | | |
| 102. -Sh Com. General Electric | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 3/25/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -FPA Crescent Instit. CL | | | | | Buy (add'l) | 06/06/12 | K | | |
| 104. -American Funds: American Mutual Fund - A | | | | | Distributed | 11/01/12 | M | E | |
| 105. -American Funds: Fundamental Investors -A | | | | | Distributed | 11/01/12 | M | E | |
| 106. -American Funds: International Growth & Income Fund - A | | | | | Distributed | 11/01/12 | M | E | |
| 107. -American Funds: New World Fund - A | | | | | Distributed | 11/01/12 | L | C | |
| 108. -PIMCO Unconstrained BD FD Instit. CL | | | | | | | | | |
| 109. -PIMCO All Asset All Authority Instit. CL | | | | | | | | | |
| 110. -American Balanced FD CL A | | | | | Sold (part) | 06/05/12 | L | D | |
| 111. | | | | | Distributed | 11/01/12 | L | D | |
| 112. -IVA Worldwide FD CL1 | | | | | Buy (add'l) | 06/06/12 | K | | |
| 113. | | | | | | | | | |
| 114. TRUST XIII (Account reopened as of 10/15/12)) | B | Dividend | M | T | | | | | |
| 115. -Wells Fargo Adv. Bk. Dep. Prg. | | | | | Open | 12/01/12 | M | | |
| 116. -American Funds: International Growth & Income Fund - A | | | | | Open | 10/15/12 | L | | See Part VIII |
| 117. -American Funds: New World Fund - A | | | | | Open | 10/15/12 | L | | See Part VIII |
| 118. | | | | | | | | | |
| 119. TRUST XIV | E | Int./Div. | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 3/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Wells Fargo Adv. Bk. Dep. Prog. | | | | | | | | | |
| 121. -Blackrock Global Alloc. Global Alloc. Instit. CL | | | | | Sold | 06/05/12 | L | C | |
| 122. -Dodge & Cox Stock Fund | | | | | | | | | |
| 123. - Wells Fargo Advantage Asset Allocation FD Admin. CL | | | | | | | | | |
| 124. -FPA New Income Inc. | | | | | | | | | |
| 125. -Fairholme Fund | | | | | Sold | 06/05/12 | K | | |
| 126. -Franklin Gold & Precious Metals Advisor CL SBI | | | | | Buy | 06/05/12 | K | | |
| 127. -FPA Crescent Instit. CL | | | | | | | | | |
| 128. -Longleaf Partners Fund Trust | | | | | | | | | |
| 129. -IVA Worldwide Fund Class 1 | | | | | | | | | |
| 130. -Loomis Sayles Fund - Strategic Income Fund CL-Y | | | | | | | | | |
| 131. -PIMCO Unconstrained BD Fund CL Institutional | | | | | | | | | |
| 132. -PIMCO All Asset FND Inst. CL | | | | | | | | | |
| 133. -Rowe T. Price Int'l Funds Emerging Markets Stock Fund | | | | | | | | | |
| 134. -American Funds: International Growth and Income CL A | | | | | Distributed | 10/15/12 | L | E | |
| 135. -American Funds: New world Fund CL A | | | | | Distributed | 10/15/12 | L | B | |
| 136. -Wells Fargo FDS Trust WFA Absolute Return Fnd. Adm. CL | | | | | Buy | 06/06/12 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 3/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. TRUST XV | E | Int./Div. | P1 | T | | | | | |
| 139. -Sh. Com. Community Bancorp | | | | | | | | | |
| 140. -Sh. Com. NH Thrift Bankshares | | | | | | | | | |
| 141. -Portsmouth NH OID due 9/15/18 | | | | | Redeemed | 09/17/12 | L | | |
| 142. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 143. -American Mutual FD Inc. A | | | | | | | | | |
| 144. -American Fund Capital Income Bldr CL A | | | | | Sold | 05/29/12 | M | D | |
| 145. -Franklin Gold & Precious Metals Advisor Cl SBI | | | | | Buy | 06/01/12 | L | | |
| 146. -Artisan FDS Inc. International Value Fd Inv. Shs. | | | | | Buy | 11/28/12 | K | | |
| 147. -American Fund Fundamental Investors Inc. Class A | | | | | | | | | |
| 148. -American Fund New World Fund Class A | | | | | | | | | |
| 149. -Blackrock Global Alloc. Global Allocation Instit. | | | | | Sold | 05/29/12 | M | B | |
| 150. -Dodge and Cox FDS Int'l Stk FD | | | | | | | | | |
| 151. -Fairholme FDS Inc. | | | | | | | | | |
| 152. -IVA Worldwide Fund Class 1 | | | | | Buy (add'l) | 06/01/12 | L | | |
| 153. -Longleaf Partners FDS Sh. Ben Int. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Oppenheimer Dev. MKTS CL y | | | | | | | | | |
| 155. -PIMCO All Asset Fnd. Instit. CL | | | | | Buy (add'l) | 09/26/12 | K | | |
| 156. -T. Rowe Price New Era Fund | | | | | | | | | |
| 157. -Third Avenue International Value Fund Institutional Class | | | | | Sold | 05/29/12 | K | | |
| 158. -FPA FDS TR FPA Crescent Portfolio Instl CL SHS | | | | | | | | | |
| 159. -Wells Fargo Advan FDS-Asset Alloc FD Adm CL (see line 410) | | | | | | | | | |
| 160. -Wells Fargo FDS Trust WFA Absolute Return Fnd. Adm. CL | | | | | Buy | 05/29/12 | L | | |
| 161. | | | | | | | | | |
| 162. TRUST XVI (account opened 11/1/12) | D | Dividend | O | T | | | | | |
| 163. -American Funds: Fundamental Investors A | | | | | Open | 11/01/12 | N | | See Part VIII |
| 164. -American Funds: New World A | | | | | Open | 11/01/12 | M | | See Part VIII |
| 165. -American Funds: International Growth and Income Fund-A | | | | | Open | 11/01/12 | M | | See Part VIII |
| 166. -American Funds - American Mutual Fund A | | | | | Open | 11/01/12 | M | | See Part VIII |
| 167. -American Balanced Fund CL A | | | | | Open | 11/01/12 | M | | See Part VIII |
| 168. | | | | | | | | | |
| 169. TRUST XVII (account opened 11/1/12) | D | Dividend | O | T | | | | | |
| 170. -American Balanced FD CL A | | | | | Open | 11/01/12 | L | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 3/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -American Funds: American Mutual Fund A | | | | | Open | 11/01/12 | M | | See Part VIII |
| 172. -American Funds: Fundamental Investors - A | | | | | Open | 11/01/12 | M | | See Part VIII |
| 173. -American Funds: International Growth & Income Fund-A | | | | | Open | 11/01/12 | M | | See Part VIII |
| 174. -American Funds: New World Fund-A | | | | | Open | 11/01/12 | L | | See Part VIII |
| 175. | | | | | | | | | |
| 176. Miscellaneous | | | | | | | | | |
| 177. -Ledyard Bank Accounts | A | Interest | N | T | | | | | |
| 178. -Lake Sunapee Bank Account | A | Interest | K | T | | | | | |
| 179. - Rental Property - Beaufort Cty, SC (See Part VIII) | C | Rent | | | Sold | 08/23/12 | M | E | |
| 180. -Phoenix Mutual Life Ins. Co-Life Insurance | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 3/25/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART V - GIFTS

Page 3, line 1 - Estimated value based on 9/10/10 appraisal by realtor.

Page 3, line 2 - Estimated value based on commercial storage rates (2010).

Due to my friendship with these individuals, I am disqualified from presiding over any case involving them or their families, and they are not seeking to do business with the court.


PART VII - INVESTMENTS AND TRUSTS

Page 9, Lines 96, 97: These assets were distributed from Trust X and are therefore listed as "open" rather than "buy."

Page 10, Lines 116, 117: These assets were distributed from Trust XIV and are therefore listed as "open" rather than "buy."

Page 13, Lines 163, 164, 165, 166, 167: These assets were distributed from Trust IX and are therefore listed as "open" rather than "buy."

Pages 13-14, Lines 170, 171, 172, 173, 174: These assets were distributed from Trust XII and are therefore listed as "open" rather than "buy."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Joseph A. DiClerico**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544